■ BUFFALO X-RAY CORP., Respondent, v FRANBILT, INC., Appellant. [801 NYS2d 193]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered August 13, 2004. The order granted plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Martoche, Smith, Pine and Hayes, JJ.